# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2025

## NO. 03-23-00377-CV

**Kelvin Willis f/d/b/a Willis Legal Support Services and f/d/b/a Willis Legal Services, Judgment Plaintiff by Assignment through the original Judgment Plaintiffs, Michael Chivington and Sonia Chivington, Appellant**

**v.**

**Atistar Mortgage Solutions, LLC and Nyanza Cook, Appellees**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES TRIANA, KELLY AND CRUMP
AFFIRMED IN PART, VACATED IN PART AND REMANDED –
OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on April 20, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was error in the trial court's order. Therefore, the Court affirms in part and vacates in part the district court's order and remands the case to the district court for further proceedings. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.